IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:15CR336 |
| vs. | |
| CHARLES W. DATES, | **ORDER** |
| Defendant. | |

This matter is before the Court on Defendant's motion for copies (Filing No. 45), including the docket sheet, and the judgment and commitment order. The defendant requests a waiver of fees associated with the costs of the copies.

The Court sentenced the defendant on the Indictment in this case on April 14, 2016, (Filing No. 35 and 36). At this time, Defendant has no motions or cases pending before this court, and Defendant makes no showing as to why he needs these copies. Accordingly, the Court will deny the motion. Defendant is, of course, free to request copies of these filings and to pay the costs of the same.

**THEREFORE, IT IS ORDERED** that Defendant's Motion for Copies and to waive such costs [45] is denied.

Dated this 25th day of September, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge